**Order entered February 16, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00008-CV

### WILLIAM BOYER, ET AL., Appellants

### V.

### MODE TRANSPORTATION, LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-00091**

### ORDER

Before the Court is appellee's February 15, 2023 unopposed motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to **March 14, 2023**.

/s/     BILL PEDERSEN, III
          JUSTICE